## In the Matter of LORI K.

No. 83–606–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1983.

William F. Reilly, Public Defender, Paula F. Rosin, Asst. Public Defender, for petitioner.

Thomas M. Bohan, Dept. for Children and Their Families, Providence, for respondent.

### ORDER

The petition for writs of prohibition and procedendo ad judicium are denied. The order entered in this court on December 8,

1983 vacating the Family Court's suspension of petitioner's visitation rights and providing for petitioner's supervised visitation with the minor child is continued until the issue of paternity is determined by the Family Court.